1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  1:23-MJ-00080-EPG

12                        Plaintiff,    STIPULATION FOR EXTENSION OF TIME FOR
                                        PRELIMINARY HEARING PURSUANT TO RULE
13              v.                      5.1(d) AND EXCLUSION OF TIME

14 SCHUYLER A. WELLS,                   DATE: October 26, 2023
                                        TIME: 2:00 p.m.
15                        Defendant.

16

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney ANTONIO J. PATACA, and defendant SCHUYLER A. WELLS, both individually and by and

19 through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

20        1.      The Complaint in this case was filed on July 17, 2023, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on July 17, 2023.

22 The court set a preliminary hearing date of October 26, 2023.

23        2.      On July 20, 2023, the Court found good cause to continue the preliminary hearing to

24 October 26, 2023, and excluded time under the Speedy Trial act from July 20, 2023, to October 26,

25 2023.

26        3.      By this stipulation, the parties jointly move for an extension of time of the preliminary

27 hearing date to January 30, 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

28 of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the

1    defense reasonable time for preparation, and for the government's continuing investigation of the case.

2    The parties further agree that the interests of justice served by granting this continuance outweigh the

3    best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4        4.    The parties agree that good cause exists for the extension of time, and that the extension

5    of time would not adversely affect the public interest in the prompt disposition of criminal cases.

6    Therefore, the parties request that the time between October 26, 2023, and January 30, 2024, be

7    excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

8        IT IS SO STIPULATED.

9

10   Dated:  October 17, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney
11

12                                               /s/ ANTONIO J. PATACA
                                                 ANTONIO J. PATACA
13                                               Assistant United States Attorney

14

15   Dated:  October 17, 2023                    /s/ GRIFFIN ESTES
                                                 GRIFFIN ESTES
16                                               Counsel for Defendant
                                                 Schuyler A. Wells
17

18

19

20                                **ORDER**

21       IT IS SO ORDERED.

22

23

24   DATED: 10/18/2023            _____
                                  _Sheila K. Oberto_
25                                THE HONORABLE SHEILA K. OBERTO
                                  UNITED STATES DISTRICT JUDGE
26

27

28