PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>SCHUYLER A. WELLS,<br><br>       Defendant. | CASE NO. 1:23-MJ-00080-EPG<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: January 30, 2024<br>TIME: 2:00 p.m. |

  Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant SCHUYLER A. WELLS, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

  1.  The Complaint in this case was filed on July 17, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on July 17, 2023. The court set a preliminary hearing date of January 30, 2024.

  2.  On July 20, 2023, the Court found good cause to continue the preliminary hearing to October 26, 2023, and excluded time under the Speedy Trial act from July 20, 2023 to October 26, 2023.

  3.  On October 18, 2023, the Court found good cause to continue the preliminary hearing to January 30, 2024, and excluded time under the Speedy Trial act from October 18, 2023 to January 30, 2024.

  4.  By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to May 9, 2024, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. Additionally, the delay is required to allow the defendant to finish participation in a treatment program. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 30, 2024, and May 9, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  January 3, 2024

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
Schuyler A. Wells

**ORDER**

IT IS SO ORDERED.

DATED: 1/3/2023

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES DISTRICT JUDGE